No. 84–1418.   PASTRANA DE CARABALLO *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 1st Cir.   Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with instructions to remand the case to the United States District Court for the District of Puerto Rico with instructions to remand the case to the Secretary of Health and

Human Services for review pursuant to § 2(d)(2)(C) of the Social Security Disability Benefits Reform Act of 1984.